**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IRVIN GEORGE,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:04-cv-1356-Orl-22DAB**

**ORANGE COUNTY, FLORIDA,**[1]

        **Defendant.**

_____

**ORDER**

Upon the Court's review of this case, it is ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation ("R&R") (Doc. 60), issued on December 11, 2006, is APPROVED AND ADOPTED. As detailed in the thorough and well-reasoned R&R, Plaintiff has not presented any evidence demonstrating (a) the existence of a valid comparator who was treated more favorably than Plaintiff, (b) that the Defendant's articulated legitimate reason for disciplining Plaintiff was pretextual, and (c) that the discipline imposed was in any way racially- motivated.

2. Plaintiff's Objections to Report and Recommendation, etc. (Doc. 62), filed on December 21, 2006, are OVERRULED. Not only are Plaintiff's objections devoid of merit, some of them contravene the stipulated facts set forth in the parties' Joint Final Pretrial Statement (Doc. 49). In that respect, Plaintiff's Objections come perilously close to violating

---

[1] As noted in the R&R, the proper defendant is Orange County, Florida, not the Orange County Corrections Department.

Fed. R. Civ. P. 11. In the future, Plaintiff's counsel shall exercise greater caution when presenting argument to this Court.

  3. The Defendant's Motion for Summary Judgment (Doc. 40), filed on August 3, 2006, is GRANTED.

  4. The Clerk shall enter a final judgment providing that the Plaintiff, Irvin George, shall take nothing on his claims against the Defendant, Orange County, Florida. The judgment shall further provide that the Defendant shall recover its costs of action.

  5. Any other pending motions are moot.

  6. The Clerk shall close this case.

  **DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 3, 2007.

*[Signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party
Magistrate Judge