**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IRVIN GEORGE,**

              **Plaintiff,**

**-vs-**                                         **Case No. 6:04-cv-1356-Orl-22DAB**

**ORANGE COUNTY CORRECTIONS DEPARTMENT,**

              **Defendant.**

_____

**ORDER**

This cause is before the Court on Defendant's Motion for Attorneys' Fees (Doc. No. 67) filed on January 19, 2007.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted in part, and that attorney's fees in the amount of $50,750.00 be awarded. The Magistrate Judge noted that a party seeking to limit an award of attorney's fees has the burden to establish his financial status, and that Plaintiff failed to present any specific *evidence* of his financial situation, short of counsel's argument that "by anyone's standard $54,322.00 is a substantial amount of money." Plaintiff's counsel has filed a Notice of Supplemental Information asserting Plaintiff's salary is $43,000 a year, Plaintiff has a child which will start college in the fall of 2007, Plaintiff has a small son that he provides for and shelters, and Plaintiff has a mortgage exceeding $200,000.00 (Doc. No. 72). However, Plaintiff has failed to provide the Court with a financial affidavit setting forth all his assets and liabilities. Accordingly, the Court finds that Plaintiff has failed to supply this Court with *evidence* demonstrating his inability to pay.

After an independent *de novo* review of the record in this matter, including the Plaintiff's supplemental information, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations. The Court notes that the Plaintiff does not contest the findings of fact or the conclusions of law.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 23, 2007 (Doc. No. 71) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Motion for Attorneys' Fees (Doc. No. 67) is **GRANTED** in part.

3. Defendant shall recover attorneys' fees from Plaintiff in the amount of $50,750.00.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on March 7, 2007.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record